# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 5:16-cv-02228-SVW-DTB | Date | August 16, 2017 |
|---|---|---|---|
| Title | Patrick Jackson v. United States of America | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**        IN CHAMBERS ORDER DISMISSING CASE


On July 11, 2017, the Court granted plaintiff leave to amend his complaint. Failure to file an amended complaint would result in a dismissal of the case with prejudice.

No amended complaint having been filed, the Court orders that the case is dismissed with prejudice.

                                                                        _____ : _____

                                         Initials of Preparer            PMC